

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2020

No. 04-20-00133-CR

Christopher G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 19-02-0049-CRA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, provided appellant with a copy of the appellate record, and informed appellant of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to file a pro se brief, he must do so **no later than December 28, 2020**. *See Bruns*, 924 S.W.2d at 177 n.1.

The State filed a notice waiving its right to file a brief in this case unless appellant files a pro se brief. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

Sandee Bryan Marion, Chief Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2020.



_____

MICHAEL A. CRUZ, Clerk of Court